APPEARANCE

# UNITED STATES BANKRUPTCY COURT
For the Northern District of Illinois

| | |
|---|---|
| IN RE: | Chapter 7 |
| TEXAS APIA, INC., | Case No. 10-44286 |
| Debtor. | Hon. Jack B. Schmetterer |

I, THE UNDERSIGNED, HEREBY FILE MY APPEARANCE AS ATTORNEY FOR

HENDRICKS HOLDING COMPANY, INC.

Steven B. Towbin
Print Name on this Line

Shaw Gussis Fishman Glantz Wolfson & Towbin LLC
Firm Name

/s/ Steven B. Towbin
Signature

FIRM ID NUMBER: ______

ATTORNEY ID NUMBER: 2848546

321 North Clark Street, Suite 800
Street Address

Chicago IL 60654
City State Zip

stowbin@shawgussis.com
Email

Telephone (312) 541-0151

Trial Attorneys*

______
Print Name

*Request is made for trial attorney to avoid possible conflicts in scheduling.

DATED: ______

TYPE OF DEFENSE COUNSEL:

CJA ______ RETAINED ______ SELF ______ NONE/OTHER ______ PUB DEF ______

FOR OFFICE USE ONLY:

Party Code: P ______ D ______ TP ______