APPEARANCE

# UNITED STATES BANKRUPTCY COURT

For the Northern District of Illinois

| | |
|---|---|
| IN RE: | Chapter 7 |
| TEXAS APIA, INC., | Case No. 10-44286 |
| Debtor. | Hon. Jack B. Schmetterer |

I, THE UNDERSIGNED, HEREBY FILE MY APPEARANCE AS ATTORNEY FOR

HENDRICKS HOLDING COMPANY, INC.

Richard M. Fogel
Print Name on this Line

/s/ Richard M. Fogel
Signature

ATTORNEY ID NUMBER: 3127114

rfogel@shawgussis.com
Email

Shaw Gussis Fishman Glantz Wolfson & Towbin LLC
Firm Name

FIRM ID NUMBER: ____________

321 North Clark Street, Suite 800
Street Address

| Chicago | IL | 60654 |
|---|---|---|
| City | State | Zip |

Telephone (312) 541-0151

Trial Attorneys*

____________________
Print Name

*Request is made for trial attorney to avoid possible conflicts in scheduling.

DATED: ____________

TYPE OF DEFENSE COUNSEL:

CJA ________ RETAINED ________ SELF ________ NONE/OTHER ________ PUB DEF ________

FOR OFFICE USE ONLY:

Party Code: P ____________ D ____________ TP ____________



U.S. GOVERNMENT PRINTING OFFICE 1985—805-875